JOSEPH LIGENZA, APPELLANT, v. WHITE FOUNDRY CO., INC., RESPONDENT.

Argued May 20, 1948—Decided September 3, 1948.

For the appellant, *Aaron Gordon*.

For the respondent, *Kalisch & Kalisch*.

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Eastwood in the Supreme Court.

*For affirmance* — The Chancellor, Chief Justice, Bodine, Heher, Wachenfeld, Burling, Jacobs, Wells, Dill, Freund, McLean, Schettino, JJ. 12.

*For reversal*—None.